Docusign Envelope ID: 653E3763-15C6-48DC-9073-0A63E75E2E41

**Dispute of Claim Notice**

**VIA EMAIL**

U.S. Bank National Association ("Escrow Agent")
Attention: Brian J. Kabbes and Laura Stabley
One U.S. Bank Plaza, 10th Floor
Mail Code: SL-MO-T10S
Saint Louis, MO 63101
Email: brian.j.kabbes@usbank.com
      Laura.stabley@usbank.com
      TFMCorporateEscrowShared@usbank.com


Date: March 24, 2026


Re: *Response to dispute that certain Claim Notice (the "Notice") delivered on February 26, 2026 by United Bags, Inc., a Missouri corporation ("United"), pursuant to that certain Escrow Agreement (the "Agreement"), dated February 21, 2025, by and among United, Fast Pro Bags and Textiles, Inc., formerly known as BAG Corp., a Texas corporation ("Fast Pro"), and U.S. Bank National Association*

Dear Mr. Kabbes and Ms Stabley:

It is our understanding that on February 26, 2026, you received the Notice from United pursuant to Section 6(a) of the Agreement. All capitalized terms used herein but not defined herein shall have the meanings ascribed to each such term in the Agreement. Pursuant to Section 6(a) of the Agreement, Fast Pro has thirty (30) days from February 26, 2026 (the "Claim Notice Delivery Date") to deliver its written objection to the Notice. Please use this letter as Fast Pro's Claim Response to the Notice.

Fast Pro is objecting to the entire One Million Six Hundred Fifty Thousand Dollars ($1,650,000) under the Notice that United presents as its alleged Indemnity Claim.

### 1. Untimely Escrow Notice

United's Claim Notice was untimely, as it was submitted after the Escrow Period expired. Under Section 6(a) of the Agreement, United must submit its Claim Notice to the Escrow Agent and Fast Pro prior to the expiration of the Escrow Period. Section 1 of the Agreement defines the Escrow Period as "the period commencing on the date hereof and ending on the first anniversary of the date hereof, or if such date is not a Business Day, the first Business Day following the anniversary of the date hereof unless earlier terminated pursuant to this Agreement." The Agreement is effective as of February 21, 2025, therefore the first anniversary of the date thereof was February 23, 2026. By submitting the Notice on February 26, 2026, the Claim Notice Delivery Date is outside of the Escrow Period. United's untimely Notice fails to adhere to the plain terms of Section 6 the Agreement and is invalid.

### 2. Breach of APA by United

By submitting the Notice after the expiration of the Escrow Period, United is in breach of the terms of the underlying Asset Purchase Agreement, dated February 21, 2026, by and among United, Fast Pro, Super Sack Corporation, a Delaware corporation, and Jodi Williamson Simons (the "APA"). Under Section 5.7 of the APA, promptly after the first anniversary Fast Pro and United are required to deliver joint written instructions to Escrow Agent to disburse funds to Fast Pro from the general escrow account. The disbursement is to be in an amount equal to the amounts remaining in the general escrow account at such

Docusign Envelope ID: 653E3763-15C6-48DC-9073-0A63E75E2E41

time, less the aggregate amount of all losses *expressly claimed-for* (emphasis added) in any then-unresolved claims made by United. This requirement is also reflected in Section 4(b) of the Agreement, which states "Upon the expiration of the Escrow Period, Escrow Agent shall distribute to Seller pursuant to a Joint Written Direction from Purchaser and Seller, as promptly as practicable, any remaining Escrow Funds not subject to a Claim Notice as provided in Section 6." As argued in Section 1 of this letter, there is no valid Claim Notice, as United delivered the Notice after the Escrow Period expired.

The first anniversary of the APA has since passed, and United and Fast Pro are currently engaged in litigation, a claim, as evidenced by Exhibit A to the Notice (the "Complaint"). United does not expressly claim any damages within the Complaint; Counts II and III of the Complaint cite a prayer for relief in an amount to be proven at trial and in excess of $75,000. Because United failed to expressly claim losses in the Complaint, the aggregate amount of all losses expressly claimed-for in any now unresolved claims is Zero Dollars ($0.00), and Fast Pro and United are required to submit a Joint Written Direction to Escrow Agent directing the disbursement of the Escrow Funds, less $0.00. By submitting the Notice rather than working with Fast Pro to promptly submit Joint Written Directions regarding such disbursement, United is in Breach of the APA.

## Conclusion

Fast Pro understands that the arguments in Section 2 of this letter may exceed the scope of the Agreement, but we believe it is relevant to dispute the Notice and wanted the argument contained herein to be on record with Escrow Agent. At present, there are no valid Claim Notices under the Agreement, there are no expressly claimed-for losses under the APA, and Fast Pro is entitled to a Joint Written Direction, executed by Fast Pro and United, to Escrow Agent to disburse all remaining Escrow Funds to Fast Pro.

**FAST PRO BAGS AND TEXTILES, INC.**

Jodi Simons, CEO

CC:     United Bags, Inc.
        1355 N. Warson Road
        St. Louis, Missouri 63132
        Attention: Todd Greenberg
        Phone: (314) 421-3700
        Email: toddg@unitedbags.com

        Thompson Coburn LLP
        One US Bank Plaza
        St. Louis, MO 63101
        Attention: Julie Hellmich, Esq.
        Email: jhellmich@thompsoncoburn.com
        Phone: 314-552-6148

**Docusign**

## Certificate Of Completion

Envelope Id: 653E3763-15C6-48DC-9073-0A63E75E2E41                    Status: Completed
Subject: Complete with Docusign: Fast Pro Bags - Dispute of Claim Notice - 3.24.2026.pdf
Source Envelope:

| | | |
|---|---|---|
| Document Pages: 2 | Signatures: 1 | Envelope Originator: |
| Certificate Pages: 4 | Initials: 0 | Ryan Steele |
| AutoNav: Enabled | | RSteele@porterwright.com |
| EnvelopeId Stamping: Enabled | | IP Address: 209.40.109.253 |
| Time Zone: (UTC-05:00) Eastern Time (US & Canada) | | |

## Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: Ryan Steele | Location: DocuSign |
| 3/24/2026 3:18:01 PM | RSteele@porterwright.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Jodi Simons<br>jodi@fastprobags.com<br>CEI<br>Security Level: Email, Account Authentication (None) | *[signature: Signed by: FDD4D1274ECB416...]*<br><br>Signature Adoption: Drawn on Device<br>Using IP Address: 2600:387:15:6217::8<br>Signed using mobile | Sent: 3/24/2026 3:18:44 PM<br>Viewed: 3/24/2026 3:20:14 PM<br>Signed: 3/24/2026 3:20:42 PM |
| **Electronic Record and Signature Disclosure:**<br>Accepted: 3/24/2026 3:20:14 PM<br>ID: d87d6d89-8365-4f8a-a8fd-f605c68b11f0 | | |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|

| Intermediary Delivery Events | Status | Timestamp |
|---|---|---|

| Certified Delivery Events | Status | Timestamp |
|---|---|---|

| Carbon Copy Events | Status | Timestamp |
|---|---|---|

| Witness Events | Signature | Timestamp |
|---|---|---|

| Notary Events | Signature | Timestamp |
|---|---|---|

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 3/24/2026 3:18:44 PM |
| Certified Delivered | Security Checked | 3/24/2026 3:20:14 PM |
| Signing Complete | Security Checked | 3/24/2026 3:20:42 PM |
| Completed | Security Checked | 3/24/2026 3:20:42 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

## Electronic Record and Signature Disclosure

Electronic Record and Signature Disclosure created on: 8/16/2023 5:07:08 PM
Parties agreed to: Jodi Simons

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, Porter, Wright, Morris & Arthur LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact Porter, Wright, Morris & Arthur LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: lramirez@porterwright.com

**To advise Porter, Wright, Morris & Arthur LLP of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at lramirez@porterwright.com and in the body of such request you must state: your previous email address, your new email address. We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from Porter, Wright, Morris & Arthur LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to lramirez@porterwright.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with Porter, Wright, Morris & Arthur LLP**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to lramirez@porterwright.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify Porter, Wright, Morris & Arthur LLP as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by Porter, Wright, Morris & Arthur LLP during the course of your relationship with Porter, Wright, Morris & Arthur LLP.